UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 8:25-cr-00255-TPB-SPF
18 U.S.C. § 641

JONATHAN FRANK BARNER

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

Beginning in or around May 2013, and continuing through in or around April 2023, in the Middle District of Florida and elsewhere, the defendant,

## JONATHAN FRANK BARNER,

did knowingly and willfully receive, conceal, and retain more than $1,000 of money and a thing of value of the United States and the Social Security Administration, an agency of the United States, with the intent to convert the money or thing of value to the defendant's use and gain, knowing the money and thing of value had been embezzled, stolen, purloined, and converted from the United States and the Social Security Administration.

In violation of 18 U.S.C. § 641.

MAY 28 2025 PM4:51
FILED - USDC - FLMD - TPA

## FORFEITURE

1.      The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

2.      Upon conviction of a violation of 18 U.S.C. § 641, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the violation.

3.      The property to be forfeited includes, but is not limited to, the following: an order of forfeiture for at least $107,175, which represents the proceeds of the offense.

4.      If any of the property described above, as a result of any act or omission of the defendant:

a.      cannot be located upon the exercise of due diligence;

b.      has been transferred or sold to, or deposited with, a third party;

c.      has been placed beyond the jurisdiction of the Court;

d.      has been substantially diminished in value; or

e.      has been commingled with other property which cannot be divided without difficulty;

2

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,



GREGORY W. KEHOE
United States Attorney

By:     
Matthew J. Del Mastro
Special Assistant United States Attorney

By:     
Carlton Gammons
Assistant United States Attorney
Chief, Economic Crimes Section

3

FORM OBD-34

May 25                                        No.

## UNITED STATES DISTRICT COURT
### Middle District of Florida
### Tampa Division

THE UNITED STATES OF AMERICA

vs.

JONATHAN FRANK BARNER

INDICTMENT

Violations: 18 U.S.C § 641

Filed in open court this 28th day of May 2025.

Clerk   *Karina Nieves*

Bail $_____

GPO 863 525