# United States District Court
# Northern District of Illinois - CM/ECF NextGen 1.8 (rev. 1.8.3) (Rockford)
# CRIMINAL DOCKET FOR CASE #: 3:25-cr-50037 All Defendants
# Internal Use Only

Case title: USA v. Barner

Plea Filings

Other court case number: 8:25cr255 Middle District of Florida

Date Filed: 07/24/2025

Sentencing Filings

Date Terminated: 07/24/2025

---

Assigned to: Honorable Margaret J. Schneider

**Defendant (1)**

**Jonathan Frank Barner**
*TERMINATED: 07/24/2025*

represented by **Paul Edmund Gaziano**
Federal Defender Program
401 W. State Street
Suite 800
Rockford, IL 61101
(815) 961-0800
Fax: Active
Email: Paul_Gaziano@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ JACLYN PIECZKIEWICZ
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
July 27, 2025

## Highest Offense Level
## (Terminated)

None

| **Complaints** | **Disposition** |
| --- | --- |
| 18:641.F | |

---

## Plaintiff

| **USA** | represented by | **Robert Stansell Ladd** |
| --- | --- | --- |

                                    **Robert Stansell Ladd**
United States Attorney's Office
327 S Church St., Suite 300
Rockford, IL 61101
(815) 987-4478
Fax: US Govt Attorney
Email: robert.ladd@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**AUSA - Rockford**
United States Attorney's Office (Rockford)
327 South Church Street
Rockford, IL 61101
(815) 987-4444
Fax: US Govt Attorney
Email: usailn.ecfrockford@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**MARS**
U.S. Marshal
327 South Church Street
Rockford, IL 61101
815-987-4259
Fax: US Govt Attorney
Email: ILN-Rockford.Docket@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Prisoner Correspondence*

**PRO**
PROBATION OFFICE
327 South Church Street
Rockford, Il 61101
987-4362
Fax: Not a member
Email: Intake_Docket_ILNP@ilnp.uscourts.gov
*ATTORNEY TO BE NOTICED*
*Designation: Probation Department*

**PTS**
Pretrial Services
327 South Church Street
Rockford, IL 61101
Fax: Not a member
Email:
ilnptdb_Court_Action_Notice@ilnpt.uscourts.gov
*ATTORNEY TO BE NOTICED*
*Designation: Pretrial Services*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/24/2025 | | ARREST of defendant Jonathan Frank Barner. (jp, ) (Entered: 07/24/2025) |
| 07/24/2025 | 🔒 1 | SEALED Document. (jp, ) (Entered: 07/24/2025) |
| 07/24/2025 | 2 | RULE 5(c)(3) Affidavit in Removal Proceedings signed by Judge Honorable Margaret J. Schneider as to defendant Jonathan Frank Barner. (jp, ) (Entered: 07/24/2025) |
| 07/24/2025 | 3 | MINUTE entry before the Honorable Margaret J. Schneider as to Jonathan Barner (1): Initial appearance on affidavit of warrant in removal proceedings held on 07/24/25. Defendant Jonathan Barner appeared in-person on an arrest warrant issued from the U.S. District Court for the Middle District of Florida. A representative from Pretrial Services appeared. Federal Defender Paul Gaziano appeared for Defendant and was appointed to represent Defendant for purposes of today's hearing. Financial Affidavit tendered in open court. Defendant was informed of his rights and the charge against him. Defendant informed the Court that he understood his rights and the nature of the charge against him. The Government is not seeking detention at this time. Defendant was advised of the |

conditions of release and the consequences of failing to abide by them. Defendant waived an identity hearing. Pursuant to Federal Rule of Criminal Procedure Rule 5(f)(l), the Court confirms the prosecutor's continuing obligation under Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, to disclose information favorable to the defendant that is material to guilt or punishment. Failure to disclose may result in various consequences, including but not limited to: exclusion of evidence, adverse jury instructions, a mistrial, dismissal of charges, vacatur of a conviction or guilty plea, disciplinary action against the prosecution, and contempt proceedings. Order setting conditions of release to be entered. The case is transferred to the Middle District of Florida. Defendant is to appear on 08/13/25 at 11:00 a.m. EST in the Federal Courthouse - 801 North Florida Avenue, Tampa, FL 33602. Any request to modify the conditions of release should be sought in the Middle District of Florida. Defendant made an oral motion pursuant to 18 USC 4285, requesting that the Court direct the United States Marshal to arrange for Defendant's means of noncustodial transportation or furnish the fare for such transportation to the Middle District of Florida. Upon further consideration, after review of Defendant's financial affidavit, the Court finds it lacks sufficient information to conclude that Defendant "is so destitute" that he cannot afford transportation to Florida. United States v. Forest, 597 F. Supp. 2d 163, 166 (D. Me. Febr. 12, 2009) ("[T]he onus [is] on the defendant to demonstrate that [he] 'is financially unable to provide the necessary transportation'... This is an especially heavy burden. The fact that a defendant may be indigent for purposes of appointment of counsel, for example, is a different standard."); see also United States v. Moreno, 2023 WL 2435999, at *1 (E.D. Cal. Febr. 2, 2023) ("For this Court to comply with its statutory obligation and be able to conduct an appropriate inquiry into Defendant's financial condition, Defendant must provide the Court with sufficient information sworn to under penalty of perjury. Such financial information must be more comprehensive than the information provided on the financial form used for appointment of counsel.") If Defendant seeks further consideration of this issue he may provide the Court with further information regarding his financial situation. Mailed notice. (jxk) (Entered: 07/25/2025)

| 07/24/2025 | 4 | ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICTWHERE CHARGES ARE PENDING AND TRANSFERRING BAIL to the Middle District of Florida as to Jonathan Frank Barner. Signed by the Honorable Margaret J. |

| | | | |
|---|---|---|---|
| | | | Schneider on 07/24/2025.Mailed notice. (jxk) Modified on 7/25/2025 (jxk, ). (Entered: 07/25/2025) |
| 07/24/2025 | 🔒 | 5 | ORDER Setting Conditions of Release as to Jonathan Frank Barner. Signed by the Honorable Margaret J. Schneider on 07/24/2025.Mailed notice. (jxk) (Entered: 07/25/2025) |
| 07/24/2025 | 🔒 | 6 | FINANCIAL Affidavit filed by Jonathan Frank Barner (SEALED). (jxk) (Entered: 07/25/2025) |
| 07/25/2025 | | 7 | MOTION by Jonathan Frank Barner provide travel expenses (Gaziano, Paul) (Entered: 07/25/2025) |
| 07/27/2025 | | 8 | CERTIFIED and Transmitted to Middle District of Florida the complete record as to Jonathan Frank Barner. (jp, ) (Entered: 07/27/2025) |