# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Western Division

UNITED STATES OF AMERICA

                        Plaintiff,

v.                                Case No.: 3:25−cr−50037
                                Honorable Margaret J. Schneider

Jonathan Frank Barner

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 24, 2025:

MINUTE entry before the Honorable Margaret J. Schneider as to Jonathan Barner (1): Initial appearance on affidavit of warrant in removal proceedings held on 07/24/25. Defendant Jonathan Barner appeared in−person on an arrest warrant issued from the U.S. District Court for the Middle District of Florida. A representative from Pretrial Services appeared. Federal Defender Paul Gaziano appeared for Defendant and was appointed to represent Defendant for purposes of today's hearing. Financial Affidavit tendered in open court. Defendant was informed of his rights and the charge against him. Defendant informed the Court that he understood his rights and the nature of the charge against him. The Government is not seeking detention at this time. Defendant was advised of the conditions of release and the consequences of failing to abide by them. Defendant waived an identity hearing. Pursuant to Federal Rule of Criminal Procedure Rule 5(f)(l), the Court confirms the prosecutor's continuing obligation under Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, to disclose information favorable to the defendant that is material to guilt or punishment. Failure to disclose may result in various consequences, including but not limited to: exclusion of evidence, adverse jury instructions, a mistrial, dismissal of charges, vacatur of a conviction or guilty plea, disciplinary action against the prosecution, and contempt proceedings. Order setting conditions of release to be entered. The case is transferred to the Middle District of Florida. Defendant is to appear on 08/13/25 at 11:00 a.m. EST in the Federal Courthouse − 801 North Florida Avenue, Tampa, FL 33602. Any request to modify the conditions of release should be sought in the Middle District of Florida. Defendant made an oral motion pursuant to 18 USC 4285, requesting that the Court direct the United States Marshal to arrange for Defendant's means of noncustodial transportation or furnish the fare for such transportation to the Middle District of Florida. Upon further consideration, after review of Defendant's financial affidavit, the Court finds it lacks sufficient information to conclude that Defendant "is so destitute" that he cannot afford transportation to Florida. United States v. Forest, 597 F. Supp. 2d 163, 166 (D. Me. Febr. 12, 2009) ("[T]he onus [is] on the defendant to demonstrate that [he] 'is financially unable to provide the necessary transportation'... This is an especially heavy burden. The fact that a defendant may be indigent for purposes of appointment of counsel, for example, is a different standard."); see also United States v. Moreno, 2023 WL 2435999, at *1 (E.D. Cal. Febr. 2, 2023) ("For this Court to comply with its statutory obligation and be able to conduct an appropriate inquiry into Defendant's financial condition, Defendant

must provide the Court with sufficient information sworn to under penalty of perjury. Such financial information must be more comprehensive than the information provided on the financial form used for appointment of counsel.") If Defendant seeks further consideration of this issue he may provide the Court with further information regarding his financial situation. Mailed notice. (jxk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.