**UNITED STATES DISTRICT
COURT NORTHERN DISTRICT OF
ILLINOIS WESTERN DIVISION**

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| vs. | ) | 25CR50037 |
| | ) | Hon. Margaret J. Schneider |
| | ) | |
| Jonathan Barner | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR PAYMENT OF NON-
CUSTODIAL TRANSPORTATION EXPENSES
PURSUANT TO 18 U.S.C. § 4285**

Jonathan Barner by the Federal Defender Program, John F. Murphy Executive Director and Paul E. Gaziano one of his assistants moves this Court to enter an order pursuant to 18 U.S.C. § 4285 Directing the United States Marshal's Service to pay Mr. Barner's Non-Custodial Transportation Expenses for the hearing scheduled on August 13, 2025 at the Federal Courthouse 801 North Florida Avenue Tampa, Florida in cause number 25 CR 00255-TPB-SPF at 11:00 a.m. and in support states:

1. Mr. Barner appeared before this Honorable Court on July 24, 2025 pursuant to an arrest warrant issued by the Middle District of Florida. This Court authorized Mr. Barner's release from custody and set conditions of release including an appearance before the Honorable Sean Flynn in Courtroom 11B at the Federal Courthouse 801 North Florida Avenue, Tampa, Florida

2. Mr. Barner submitted to this Court a financial affidavit which established his inability to hire counsel and his inability to pay the necessary travel expenses to appear before the required court.

1

appearance.

3. <u>18 United States Code § 4285</u>, provides in relevant part as follows:

> Any judge or magistrate of the United States … may, when the interest of justice would be served thereby and the United States Judge or Magistrate is satisfied, after appropriate inquiry, that the defendant is financially unable to provide the necessary transportation to appear before the required court on his own, direct the United States Marshal to arrange for that person's means of non-custodial transportation or furnish the fare for such transportation to the place where his appearance is required, and in addition, may direct the United States Marshal to furnish that person with an amount of money for subsistence expenses to his destination, not to exceed the amount authorized as a *per diem* allowance for travel under <u>§ 5702(a) of Title 5, United States Code</u>. When so ordered, such expenses shall be paid by the Marshal out of funds authorized by the Attorney General for such expenses.

4. Mr. Barner requests this Honorable Court to direct the United States Marshal Service to arrange for Mr. Barner's noncustodial transportation to and from Tampa, Florida and to provide him with an amount of money for subsistence expenses pursuant to 18 USC § 4285.

5. Counsel for Mr. Barner spoke with Assistant United States Attorney Robert Ladd who stated that he waived presentment and notice of hearing but reserved the right to object.

**WHEREFORE,** Mr. Barner, requests this Honorable Court grant this motion and direct the United States Marshal Service to provide Mr. Barner with round trip noncustodial transportation to Tampa, Florida , and subsistence expenses.

Respectfully submitted

Jonathan Barner by

/s/ Paul E. Gaziano
Paul E. Gaziano
Federal Defender Program
401 West State St., Suite 800
Rockford, IL. 61101
815-961-0800

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that he served the above and foregoing document

upon all parties entitled to notice thereof including :

Robert Ladd, Assistant United States Attorney

by use of this Court's Electronic Case Management system on July 25, 2025 .

/s/ Paul E. Gaziano
Paul E. Gaziano
Attorney for Jonathan Barner, Defenda