# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
## Western Division

UNITED STATES OF AMERICA

                         Plaintiff,

v.                                      Case No.: 3:25−cr−50037

                                      Honorable Margaret J. Schneider

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 28, 2025:

         MINUTE entry before the Honorable Margaret J. Schneider as to Jonathan Frank Barner (1): Defendant's motion to provide travel expenses [7] is denied. On 07/24/25, the Court advised Defendant that if he chose to seek further consideration of his request, he was required to provide the Court with additional information (outside of his financial affidavit that provided for determining eligibility for appointment of counsel) regarding his financial situation. Defendant's motion does not do this but relies solely on the information contained in his financial affidavit. Mailed notice. (jxk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.