

JUL 29 2025 PM3:40
FILED USDC - FLMD - TPA

# UNITED STATES DISTRICT COURT
## for the
### Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>Jonathan Frank Barner<br><br>_Defendant_ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 8:25-cr-00255-TPB-SPF |

## ARREST WARRANT

TO:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_    Jonathan Frank Barner

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint

☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Theft of government funds, in violation of 18 U.S.C. § 641.

Date:    05/30/2025

_Issuing officer's signature_   **AMPARO MORENO**

City and state:   Tampa, Florida

Elizabeth Warren, Clerk of Court
United States District Court

_Printed name and title_

| Return |
|---|

This warrant was received on _(date)_ 30 MAY 25 , and the person was arrested on _(date)_ 24 July 25

at _(city and state)_ Northern IL, USA .

Date: 25 July 25

_Arresting officer's signature_

Ortiz, Frank A. DUSM - Tampa, FL
_Printed name and title_