# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

## CLERK'S MINUTES

| | |
|---|---|
| **CASE NO.:** 8:25-cr-255-TPB-SPF | **DATE:** August 13, 2025 |
| **HONORABLE SEAN P. FLYNN** | **INTERPRETER:** N/A |
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**JONATHAN FRANK BARNER** | **GOVERNMENT'S COUNSEL:** Christopher Poor, AUSA, stands in for Matthew Del Mastro, DOJ-USAO |
| | **DEFENDANT'S COUNSEL**: Yamilette Alvarez, AFPD, stands in for Adam B. Allen, AFPD |
| **COURT REPORTER:** DIGITAL | **COURTROOM:** 11B |
| **TIME:** 11:05 A.M. – 11:08 A.M. | **TOTAL:** 3 Minutes |
| **DEPUTY CLERK:** Charmaine A. Black | |

## PROCEEDING: ARRAIGNMENT

Court in session.

All parties are present in the courtroom, and counsel is identified for the record.

Mr. Poor stands in for Mr. Del Mastro.

Ms. Alvarez stands in for Mr. Allen.

Defendant is present.

This matter is before the Court today for an arraignment.

Defendant made his initial appearance in the Northern District of Illinois.

Defendant orally moves for the appointment of counsel.

The Court reviews Defendant's completed financial affidavit.

The Court appoints the Federal Public Defender's Office to represent Defendant.

Defendant is advised of charges.

Indictment is copied to Defendant.

Defendant waives formal reading of Indictment.

A Not Guilty plea is entered as to all counts.

Defendant's oral motion for Rule 16 Discovery is GRANTED.

The Government's motion for reciprocal Rule 16 Discovery is GRANTED.

Government to provide Rule 16(a) Discovery; Defendant to provide Rule 16(b) Discovery.

Pretrial Discovery Order to be entered.

Status Conference is scheduled for August 18, 2025, at 9:30 a.m. before District Judge Thomas P. Barber.

Jury Trial is scheduled for the September 2025 Trial Term commencing September 2, 2025, at 9:00 a.m. before District Judge Thomas P. Barber.

Court adjourned.