UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                   Case No. 8:25-cr-255-TPB-SPF

JONATHAN FRANK BARNER

## **NOTICE OF APPEARANCE**

Please note the appearance of Assistant United States Attorney Suzanne C.

Nebesky, as co-counsel for the Government in regard to forfeiture proceedings in the

above-styled cause.  The Government requests that any and all pleadings,

correspondence, and other matters pertaining to this case be directed to the

undersigned, as well as to Assistant United States Attorney Matthew J. Del Mastro,

on behalf of the Government.

Respectfully Submitted,

GREGORY W. KEHOE
United States Attorney


By:     *s/Suzanne C. Nebesky*
        SUZANNE C. NEBESKY
        Assistant United States Attorney
        Fla. Bar No. 59377
        400 N. Tampa Street, Suite 3200
        Tampa, Florida 33602
        (813) 274-6000 – telephone
        E-mail: suzanne.nebesky@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on August 26, 2025, I electronically filed the foregoing

with the Clerk of the Court by using the CM/ECF system which will send a notice

of electronic filing to counsel of record.

                                   *s/Suzanne C. Nebesky*
SUZANNE C. NEBESKY
Assistant United States Attorney