CLERK'S MINUTES
**STATUS CONFERENCE**

**Case Number: 8:25-CR-255-JLB-SPF**

**UNITED STATES OF AMERICA**

　　　　　　**Plaintiff,**

**v.**

**JONATHAN FRANK BARNER**

　　　　　**Defendant.**

**Government Counsel:**　**Matthew Del Mastro**

**Defense Counsel:**　**Ryan J. Maguire**

| Judge: | **John L. Badalamenti** | Court Reporter: | Lori Cecil Vollmer |
|---|---|---|---|
| Deputy Clerk: | Bettye Samuel | Interpreter: | N/A |
| Date: | November 12, 2025 | Time: Total: | 2:06PM – 2:08PM 2 minutes |

Counsel identified for the record.

Defendant's *Oral Motion for Continuance* is GRANTED, for reasons stated on the record. The Government had no objection.

Defendant's written Waiver of Speedy Trial to be filed within 10 calendar days. This case is continued to the FEBRUARY 2026 trial term commencing February 2, 2026. Criminal Status Conference will be held on January 12, 2026 at 1:30PM via zoom video conference.

After considering all the factors, including those set forth in 18 U.S.C. §3161 (h)(7)(B), and for the reasons stated on the record at the status conference, the Court finds that the ends of justice served by granting such a continuance outweigh the best interest of the public and Defendant in a speedy trial. The Court finds that the time from now until the end of the FEBRUARY 2026 trial calendar constitutes excludable time.