**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA,**

v.                                             Case No.: 8:25-cr-255-TPB-SPF

**JONATHAN FRANK BARNER          /**


## WAIVER OF SPEEDY TRIAL

COMES NOW, the Defendant, Jonathan Frank Barber, by and through his undersigned counsel, and hereby freely and voluntarily waives his right to a speedy trial under 18 U.S.C. §3161 and the United States Constitution up to and including June 30, 2026, regarding the Indictment filed herein.

EXECUTED this ___ day of ___ NOV ___, 2025.


_____          _____
Jonathan Frank Barner              Ryan J. Maguire, Esq
Defendant                          Assistant Federal Defender
                                   Counsel for the Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of November 2025, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to:

Matthew Del Mastro, AUSA

Respectfully submitted,

CHARLES L. PRITCHARD, JR.
FEDERAL PUBLIC DEFENDER

*/s/ Ryan J. Maguire*
Ryan J. Maguire, Esq.
Assistant Federal Defender
Florida Bar No. 117534
400 North Tampa St. Suite 2700
Tampa, FL 33602
Telephone: (813) 228-2715
Facsimile: (813) 228-2562
Email: ryan_maguire@fd.org